USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERICO ABREU,

                    Plaintiff,

-against-

ESB KITCHEN AND BAR CORP., EMERGENCY SNACK BAR CORP. and RICHARD ESTEVEZ;

                    Defendants.

23-CV-7226 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed proof of service as to all Defendants, Dkts. 9–11;

    WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for all three Defendants, Dkts. 9–11; and

    WHEREAS no defendant has either appeared or answered;

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than **December 15, 2023**.

**SO ORDERED.**

Date: **November 20, 2020**
      **New York, New York**

                                    **VALERIE CAPRONI**
                                    **United States District Judge**