# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 111036

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2024

May 22, 2024

Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

Re: Abreu v. ESB Kitchen and Bar Corp et al
   23-cv-7226 (VEC)

**MEMO ENDORSED**

Your Honor,

Plaintiff writes the respectfully request that the deadline to submit the Cheeks motion be adjourn three weeks and that the in-person conference for this Friday be adjourned or in the alternative to permit the undersigned to appear telephonically.

The parties have an agreement out for client execution. Also, in regard to the in person conference on Friday May 24, 2024, the undersigned has a long standing family trip to California scheduled from Thursday May 23, 2024 to Sunday May 26th, 2024. I apologize for not raising this with the Court sooner.

At this juncture there is no indication that obtaining an executed agreement from the litigants will be an issue. This is the first request for an adjournment.

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

Application GRANTED IN PART.  The parties' deadline to submit a joint letter motion, with the settlement agreement attached, requesting that the Court approve the agreement is extended from Thursday, May 23, 2024, to **Tuesday, June 11, 2024**.  The conference scheduled for Friday, May 24, 2024, at 10:00 A.M. is ADJOURNED to **Friday, June 14, 2024**.  The parties must appear in person for the conference if no joint letter motion is filed by June 11, 2024.  The Court is unlikely to further extend these deadlines absent good cause.

SO ORDERED.

5/22/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE