# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | |
|---|---|
| 36-36 33rd Street | Telephone: (347) 687-2019 |
| Suite 308 | cmulhollandesq@gmail.com |
| Astoria, NY 111036 | |

June 11, 2024

Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2024
```

Re: Abreu v. ESB Kitchen and Bar Corp et al
    23-cv-7226 (VEC)

**MEMO ENDORSED**

Your Honor,

Plaintiff writes the respectfully request that the Plaintiff be permitted to submit the Cheeks motion on tomorrow June 12, 2024 and that submission obviate the need for an in-person conference on Friday. Or, that if the Court ultimately requires an in-person conference that Defendants be permitted to attended telephonically because they have already signed.

Defendants have signed the Agreement and I am working with my client to execute. Sadly, Mr. Abreu is very unskilled with technology and he was planning on coming to my office to sign or having a relative help him sign a printed copy. However, he has some issues with his knee that required a short stay in the hospital.

It is my understanding he should be able to make it to my office to sign tomorrow or have someone help him sign at home.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

Application GRANTED.  The parties' deadline to submit a joint letter motion, with the settlement agreement attached, requesting that the Court approve the agreement is extended from Tuesday, June 11, 2024, to **Wednesday, June 12, 2024**.

SO ORDERED.

6/12/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE